IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

JORGE RAMOS CAZANA #A24436373     §

v.     §     CIVIL ACTION NO. 9:07cv311

ALBERTO GONZALES, ET AL.     §

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jorge Ramos Cazana, an inmate previously confined in the IAH Detention Facility, filed, pursuant to 28 U.S.C. § 2241, this petition challenging his detention.  The motion was referred to United States Magistrate Judge Judith K. Guthrie.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.
So **ORDERED** and **SIGNED** this **29** day of **June, 2008.**

_____
Ron Clark, United States District Judge